**MEMO ENDORSED**

**GLENN VERCHICK**
ATTORNEY AT LAW
125 ELM STREET, SUITE 3
WESTFIELD, NEW JERSEY 07090

GLENN VERCHICK
SUZANNE HARRIS

908-232-3661
FAX: 908-317-9504
email: gv@gverchicklaw.com

New York Office:
122 East 42nd Street
Suite 2015
New York, NY 10168
917-601-9525

**PLEASE REPLY TO NY OFFICE**

October 31, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/22

Via ecf

Hon. Louis L. Stanton
Daniel Patrick Moynihan
United States Court House
500 Pearl Street
New York, NY 10007-1312

Re:   Silverblatt v. Edwards, USDC SD Case No.: 1:21-cv-05989-LLS

Dear Judge Stanton:

I represent the Plaintiffs, Howard and Rebecca Silverblatt, in the above noted matter. I am writing to request an adjournment of the pre-trial conference scheduled for November 18, 2022.

I will be out of State on a pre-planned vacation from November 17-21. I respectfully request an adjournment of the pre-trial conference schedule for November 18th. I spoke to the attorney for the Defendants and he consented to my request.

Thank you for Your consideration of the above.

Very truly yours,

Glenn Verchick

cc:   Roe and Associates
5 Hanover Square, 22nd Floor
New York, NY 10004
Attention: Kevin J. Spencer, Esq.

*Adjourned to December 2, 2022 at 2:30 PM.*

*Louis L. Stanton*
*11/1/22*