```
USDC ...
DOCUMENT
ELECTRONICALLY FILED
D...
DATE FILED: 8/18/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD SILVERBLATT AND REBECCA SILVERBLATT,

        Plaintiffs,

- against -

KIARAH EDWARDS AND VIVIAN EDWARDS,

        Defendants.

21 Civ. 5989 (LLS)

ORDER

The Court having been informed that this action has been settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this Order either party may apply by letter for restoration of the action to the Court's calendar.

So Ordered.

Dated: New York, New York
      August 18, 2023

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.